# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Massachusetts** | **County of BOSTON** | **Court** |

Case Number: 0410479REK

**Plaintiff:**
**LYCOS, INC.**

vs.

**Defendant:**
**WHITAKER & FROST, LLC d/b/a WHITAKER & FROST BROKERS & DAVID WHITAKER**

**For:**
Jeffrey Clements
clemente & clements, LLP
50 Federal Street
Boston, MA  02110

Received by TOTAL PROCESS SERVICE, LLC. to be served on **KARL ALMUN- SECRETARY OF STATE 16 FRANCIS ST JEFFREY BUILDING FIRST FLOOR  ANNAPOLIS MD 21401**.

I, Ely Ben-Hayon, being duly sworn, depose and say that on the **23rd day of March, 2004** at **11:13 am**, I:

**Individually Served** the within named person with a true copy of this **Summons, Complaint** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served:  Age: 50,  Sex: M,  Race/Skin Color: Black,  Height: 6'0,  Weight: 200,  Hair: Blk/Grey,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

the 24th day of March, 2004 Subscribed and Sworn to before me by the affiant who is personally known to me.

NOTARY PUBLIC

**Ely Ben-Hayon**
Process Server

**TOTAL PROCESS SERVICE, LLC.**
3723 Mactavish Ave
Baltimore, MD  21229
(410) 644-3553

Our Job Serial Number: 2004000446

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f