UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -1  A 11: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

LYCOS, INC.,

        Plaintiff,

vs.

WHITAKER & FROST, LLC, d/b/a
WHITAKER & FROST BROKERS and
DAVID WHITAKER,

        Defendants.

Civil Action No. 04-10479-REK

## REQUEST FOR DEFAULT AS TO WHITAKER & FROST, LLC

Pursuant to Fed. R. Civ. P. 55(a) Plaintiff Lycos, Inc. respectfully requests that the clerk enter the default against defendant Whitaker & Frost, LLC ("Whitaker & Frost"). As evidenced by the Affidavit of Service filed with the Court on April 2, 2004, the Complaint in this matter was served on Whitaker & Frost on March 23, 2004. Whitaker & Frost has failed to answer or otherwise plead or defend this matter.

Respectfully submitted,

LYCOS, INC.

By its attorneys:

Dated: June 29, 2004

Jeffrey D. Clements, BBO #632544
Clements & Clements LLP
50 Federal Street
Boston, MA 02110
(617) 451-1802