UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYCOS, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>WHITAKER & FROST, LLC, d/b/a<br>WHITAKER & FROST BROKERS and<br>DAVID WHITAKER,<br><br>            Defendants. | Civil Action No. 04-10479-REK |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiff Lycos, Inc. hereby gives notice that this action be dismissed without prejudice. None of the defendants have filed an answer or otherwise appeared, and Plaintiff has not filed or dismissed an action in any court of the United States or of any state based on or including the same claim.

Respectfully submitted,

LYCOS, INC.

By its attorneys:

/s/ Jeffrey D. Clements

_____
Jeffrey D. Clements, BBO #632544
Clements & Clements LLP
50 Federal Street
Boston, MA 02110
(617) 451-1802

Dated: _____